■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL J. BRILL, Appellant. [748 NYS2d 281] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 8, 1997 (*People v Brill,* 245 AD2d 384), affirming a judgment of the County Court, Nassau County, rendered June 5, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Prudenti, P.J., Ritter, Krausman and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE BROWN, Appellant. [748 NYS2d 282] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 30, 1999 (*People v Brown,* 264 AD2d 528, *lv denied* 94 NY2d 820, *cert denied* 531 US 1069), affirming a judgment of the County Court, Nassau County, rendered November 13, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Feuerstein, J.P., S. Miller, Friedmann and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BUN BENG ZHENG, Appellant. [748 NYS2d 272] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Erlbaum, J.), rendered August 6, 1999, convicting him of criminal sale of a controlled substance in the third degree (four counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

The defendant is entitled to a new trial for the reasons stated in *People v Yattang Ng* (298 AD2d 470 [decided herewith]).

The defendant's remaining contentions are without merit. S. Miller, J.P., Friedmann, Crane and Rivera, JJ., concur.